FILED
JAN 05 2015
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lorraine Arnold,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Clark County School District,<br><br>　　　　Defendant. | Case No.: 2:14-cv-805-JAD-PAL<br><br>**Order** |

Based on the findings and conclusions stated on the record during the January 5, 2015, hearing,

It is HEREBY ORDERED that defendant's Motion to Quash **[Doc. 18]** is **GRANTED**. The November 10th, 2014, service on defendant through the Nevada attorney general is hereby quashed;

It is FURTHER ORDERED that plaintiff's Motion for Extension of Time **[Doc. 8]** is **GRANTED** nunc pro tunc. Plaintiff's November 6th, 2014, service on defendant is deemed timely;

It is FURTHER ORDERED that defendant's Motion to Dismiss **[Doc. 10]** is **DENIED**.

DATED: January 5, 2015.

_____
Jennifer A. Dorsey
United States District Judge