UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LORRAINE ARNOLD,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>CLARK COUNTY SCHOOL DISTRICT,<br><br>　　　　　　　　　　Defendants. | Case No. 2:14-cv-00805-JAD-PAL<br><br>ORDER<br><br>(Mot. To Withdraw – Dkt. #34) |

This matter is before the court on Kang & Associates' Erica D. Loyd and Patrick Kang's Motion to Withdraw as Counsel for Plaintiff Lorraine Arnold (Dkt. #34). The motion and supporting affidavit represents that since May 2014, an irreparable conflict of interest has developed between Ms. Arnold and the attorneys at Kang & Associates, and that the attorneys at Kang & Associates can no longer continue to represent Ms. Arnold and fulfill their ethical duties to Ms. Arnold. Counsel have met with Ms. Arnold on several occasions and have has numerous conversations with her regarding the case and withdrawal. Ms. Loyd, Mr. Kang assert that allowing them to withdraw will not delay proceedings in this case because they served discovery responses to all outstanding discovery requests at the same time this motion to withdraw was filed. Discovery is set to conclude May 15, 2015.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. Ms. Loyd, Mr. Kang, and the office of Kang & Associates' Motion to Withdraw (#34) is **GRANTED**.
2. Plaintiff shall have until **May 4, 2015,** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules

        of Practice, or shall file a notice with the court that she will be appearing in this matter *pro se,* ie, representing herself.

3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that she will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that plaintiff's complaint be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at her last known address:

    Lorraine Arnold
    5655 E. Sahara Ave., #2048
    Las Vegas, NV  89142

DATED this 6th day of April, 2015.

                                                    PEGGY A. LEEN
                                                    UNITED STATES MAGISTRATE JUDGE