UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LORRAINE ARNOLD, | Case No. 2:14-cv-00805-JAD-PAL |
| Plaintiff, | ORDER |
| v. | (Mot Ext Time – Dkt. #37) |
| CLARK COUNTY SCHOOL DISTRICT, | (Mot Status Conf – Dkt. #38) |
| Defendant. | |

Before the court is Plaintiff's Motion for Extension of Time (Dkt. #37), and Defendant Clark County School District's ("CCSD") Motion for Discovery Conference (Dkt. #38).

In an Order (Dkt. #35) entered April 8, 2015, the court granted the motion to withdraw filed by Plaintiff's counsel and gave Plaintiff until May 4, 2015, in which to retain substitute counsel or file a notice with the court that she would appearing in this matter pro se, that is, representing herself. Plaintiff's motion to extend time indicates that she has been unable to get another attorney because she has been ill and requests additional time. CCSD requests a discovery conference on an emergency basis because the discovery cutoff is May 15, 2015, Plaintiff failed to appear for her deposition, and CCSD has a pending motion for sanctions which seeks to dismiss this case for Plaintiff's failure to appear for her deposition.

Having reviewed and considered the matter, the court will grant the Plaintiff an additional two-week extension to retain counsel or file a notice with the court indicating she will be appearing pro se. The court will also set a discovery conference to address any requests for an adjustment of the discovery plan and scheduling order deadlines, and will grant CCSD relief from any deadline established by the court's discovery plan and scheduling order until the matter is addressed at the hearing.

///

**IT IS ORDERED** that:

1. Plaintiff's Motion for Extension of Time (Dkt. #37) is **GRANTED**, and Plaintiff shall have until **May 18, 2015,** in which to retain substitute counsel who shall make an appearance in this action in accordance with the Local Rules of Practice, or file a statement with the court that she will be appearing pro se, that is, representing herself.

2. The Defendant's Motion for Hearing (Dkt. #38) is **GRANTED**, and a hearing is set for **May 19, 2015, at 10:00 a.m., in Courtroom 3B.  Plaintiff shall appear whether or not she has been able to retain substitute counsel.**

DATED this 5th day of May, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE