UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LORRAINE ARNOLD,<br><br>                    Plaintiff,<br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>                    Defendant. | Case No. 2:14-cv-00805-JAD-PAL<br><br>ORDER |

This matter is before the court on Plaintiff's failure to retain counsel. In an Order (Dkt. #39) entered May 5, 2015, Plaintiff's counsel withdrew as counsel of record and Plaintiff was given until May 18, 2015, in which to retain substitute counsel or file a statement with the court that she would be proceeding pro se.

At the hearing conducted May 19, 2015, Ms. Arnold appeared pro se and advised the court that she had been in contact with an attorney and was hoping to hear later in the week whether he would accept her case. The court suggested that, if he would not agree to represent her, that she should contact Clark County Lawyer Referral Service, and the state and local bar associations for possible referrals. At the hearing, Ms. Arnold indicated that she had a friend who was also attempting to contact lawyers on her behalf to secure representation. The court advised Ms. Arnold that she would be given a final thirty-day extension to attempt to obtain counsel. However, if she was unable to find a lawyer within this timeframe, that she would be responsible for representing herself and getting this case prepared for resolution.

The deadline has expired for Ms. Arnold to retain counsel and retained counsel has not made an appearance. The deadline for completing discovery is July 20, 2015. Plaintiff shall appear for her deposition on a convenient date and time between June 22, 2015 and July 20, 2015, as ordered. *See* Order (Dkt #41).

**IT IS ORDERED** that Plaintiff is deemed to represent herself in this matter.

**IT IS FURTHER ORDERED the deadlines established in the court's order (Dkt #41) remain in effect.  Failure to timely comply may result in sanctions, up to and including a recommendation to the district judge of case dispositive (case-ending) sanctions.**

DATED this 24th day of June, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE