```
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorney for Defendant,
CLARK COUNTY SCHOOL DISTRICT
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORRAINE ARNOLD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, LLC; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 THROUGH 25, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:14-cv-00805-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff, in proper person, and Defendant Clark County School District ("District"), through its attorneys of record, and hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorney's fees. The parties agree that neither party is a prevailing party in this action and neither party will seek any

. . .

. . .

. . .

. . .

. . .

. . .

attorney's fees or costs pursuant to any rule, statute or law, whether local, state or federal.

DATED this 26th day of June, 2015.

CLARK COUNTY SCHOOL DISTRICT
Office of the General Counsel

By: /s/ S. Scott Greennberg
S. SCOTT GREENBERG
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
Attorneys for Defendants

By: _____
Lorraine Arnold
5655 E. Sahara Ave.,
#2048
Las Vegas, NV 89142
Proper Person Plaintiff

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: July 7, 2015.

_____
UNITED STATES DISTRICT JUDGE

- 2 -